IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HCA Education Loan Corporation, | : | |
| Plaintiff | : | Civil Action 2:011-cv-00357 |
| v. | : | Judge Watson |
| Brady M. Bisbocci, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Plaintiff HICA Education Loan Corporation's January 17, 2012 motion for attorney fees against defendant Brady M. Bisbocci (doc. 12) is DENIED without prejudice. Plaintiff's motion is not supported by an affidavit and itemized statement of its attorney fees. If plaintiff chooses, it may re-file its motion supported by an affidavit and itemized statement of the attorney fees incurred in attempts to collect from defendant.

s/ Mark R. Abel<br>
United States Magistrate Judge